AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Texas

| | ) | |
|---|---|---|
| Aeritas, LLC | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 6:16-cv-01283 |
| Walgreen Co. | ) | |
| *Defendant(s)* | ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* Walgreen Co.
c/o Prentice Hall Corp Sys
211 E. 7th Street, Suite 620
Austin, TX 78701

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Matthew DelGiorno
DelGiorno IP Law, PLLC
906 Granger Drive
Allen, TX 75013
matt@delgiornolaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*CLERK OF COURT*

Date: **11/10/16**

David A. O'Toole
*Signature of Clerk or Deputy Clerk*